# DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

**BY:** ☐ COMPLAINT    ☐ INFORMATION    ☒ INDICTMENT    ☐ SUPERSEDING

**OFFENSE CHARGED**

21 U.S.C. § 846 – Conspiracy to Distribute Controlled Substances (Count One); 21 U.S.C. § 841(a) and 18 U.S.C. § 2 – Distribution of Controlled Substances and Aiding and Abetting (Counts Two through Five);18 U.S.C. § 1349 – Conspiracy to Commit Health Care Fraud (Count Six); 18 U.S.C. § 1512(k) – Conspiracy to Obstruct Justice (Count Seven)

☐ Petty
☐ Minor
☐ Misdemeanor
☒ Felony

**PENALTY:** See attachment.

**Name of District Court, and/or Judge/Magistrate Location**

NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

**DEFENDANT - U.S**

▶ DONE GLOBAL, INC.

DISTRICT COURT NUMBER

**DEFENDANT**

**IS NOT IN CUSTODY**
Has not been arrested, pending outcome this proceeding.
1) ☒ If not detained give date any prior summons was served on above charges ▶ _____
2) ☐ Is a Fugitive
3) ☐ Is on _____

**IS IN _____**
4) ☐ On _____
5) ☐ On _____
6) ☐ Awa_____ If ar_____

**PROCEEDING**

Name of Complaintant Agency, or Person (& Title, if any)

Drug Enforcement Agency

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrp 20, 21, or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. ATTORNEY    ☐ DEFENSE

SHOW DOCKET NO. _____

☐ this prosecution relates to a pending case involving this same defendant

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under

MAGISTRATE CASE NO. _____

Name and Office of Person Furnishing Information on this form: Craig H. Missakian
☒ U.S. Attorney    ☐ Other U.S. Agency

Name of Assistant U.S. Attorney (if assigned): Kristina Green

**FILED**
Dec 17 2025
Mark B. Busby
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO

Has detainer been filed? ☐ Yes ☐ No    If "Yes" give date filed: Month/Day/Year _____

**DATE OF ARREST** ▶ Month/Day/Year _____
Or... if Arresting Agency & Warrant were not

**DATE TRANSFERRED TO U.S. CUSTODY** ▶ Month/Day/Year _____

☐ This report amends AO 257 previously submitted

**ADDITIONAL INFORMATION OR COMMENTS**

**PROCESS:**
☒ SUMMONS    ☐ NO PROCESS*    ☐ WARRANT    Bail Amount: N/A

If Summons, complete following:
☒ Arraignment    ☒ Initial Appearance

Defendant Address: _____

* Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time: 12/23/2025    Before Judge: Hixon

Comments:

**ATTACHMENT: MAXIMUM PENALTIES**

Count One: Conspiracy to Distribute Controlled Substances (21 U.S.C. § 846):
$5,000,000 fine (21 U.S.C. § 841(b)(1)(C)) or twice the gross profits or other proceeds (21 U.S.C. § 855)
Mandatory special assessment of $100
Restitution
Forfeiture

Counts Two through Five: Distribution of Controlled Substances (21 U.S.C. 841(a) and (b)(1)(C), 18 U.S.C. § 2):
$5,000,000 fine (21 U.S.C. § 841(b)(1)(C)) or twice the gross profits or other proceeds (21 U.S.C. § 855)
Mandatory special assessment of $100
Restitution
Forfeiture

Count Six: Conspiracy to Commit Health Care Fraud (18 U.S.C. § 1349):
$500,000 fine (18 U.S.C. § 3571(c)(3)) or twice the gross gain or loss (18 U.S.C. § 3571(d))
Mandatory special assessment of $100
Restitution
Forfeiture

Count Seven: Conspiracy to Obstruct Justice (18 U.S.C. § 1512(k)):
$500,000 fine (18 U.S.C. § 3571(c)(3)) or twice the gross gain or loss (18 U.S.C. § 3571(d))
Mandatory special assessment of $100