# DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

**BY:** ☐ COMPLAINT ☐ INFORMATION ☒ INDICTMENT ☐ SUPERSEDING

**Name of District Court, and/or Judge/Magistrate Location**
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

## OFFENSE CHARGED

21 U.S.C. § 846 – Conspiracy to Distribute Controlled Substances (Count One); 21 U.S.C. § 841(a) and 18 U.S.C. § 2 – Distribution of Controlled Substances and Aiding and Abetting (Counts Two through Five); 18 U.S.C. § 1349 – Conspiracy to Commit Health Care Fraud (Count Six); 18 U.S.C. § 1512(k) – Conspiracy to Obstruct Justice (Count Seven)

☐ Petty
☐ Minor
☐ Misdemeanor
☒ Felony

**PENALTY:** See attachment.

### DEFENDANT - U.S

▶ DONE GLOBAL, INC.

**DISTRICT COURT NUMBER**

## PROCEEDING

**Name of Complainant Agency, or Person (& Title, if any)**
Drug Enforcement Agency

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrp 20, 21, or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. ATTORNEY ☐ DEFENSE

**SHOW DOCKET NO.**

☐ this prosecution relates to a pending case involving this same defendant

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under

**MAGISTRATE CASE NO.**

**Name and Office of Person Furnishing Information on this form**   Craig H. Missakian

☒ U.S. Attorney ☐ Other U.S. Agency

**Name of Assistant U.S. Attorney (if assigned)**   Kristina Green

### DEFENDANT

**IS *NOT* IN CUSTODY**
Has not been arrested, pending outcome this proceeding.
1) ☒ If not detained give date any prior summons was served on above charges ▶
2) ☐ Is a Fugitive
3) ☐ Is on Bail or Release from (show District)

**IS IN CUSTODY**
4) ☐ On this charge
5) ☐ On another conviction
6) ☐ Awaiting trial on other charges

**FILED**
Dec 17 2025
Mark B. Busby
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO

**Has detainer been filed?** ☐ Yes ☐ No
If "Yes" give date filed ▶ Month/Day/Year

**DATE OF ARREST** ▶ Month/Day/Year

Or... if Arresting Agency & Warrant were not

**DATE TRANSFERRED TO U.S. CUSTODY** ▶ Month/Day/Year

☐ This report amends AO 257 previously submitted

## ADDITIONAL INFORMATION OR COMMENTS

**PROCESS:**
☒ SUMMONS ☐ NO PROCESS* ☐ WARRANT   Bail Amount: N/A

If Summons, complete following:
☒ Arraignment ☒ Initial Appearance

* Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

**Defendant Address:**

Date/Time: 12/23/2025    Before Judge: Hixon

Comments: