# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

Case No. 3:25-CR-00432-VC

**UNITED STATES OF AMERICA**

vs.

**DONE GLOBAL, INC. and
MINDFUL MENTAL WELLNESS, P.A.**

       **Defendants.**

_____/

## UNITED STATES' NOTICE OF APPEARANCE

The United States hereby files this Notice of Appearance to advise the court that Acting Chief Jacob Foster appears for the United States in this case. Please add him to the list of counsel appearing for the United States and please add him to the list of persons to be noticed.

Dated: December 18, 2025

                                              Respectfully submitted,

                                              JACOB FOSTER
                                              ACTING CHIEF, HEALTH CARE FRAUD UNIT

                                              CRAIG H. MISSAKIAN
                                              ATTORNEY FOR THE UNITED STATES

                              By:    */s/ Jacob Foster*
                                              Jacob Foster
                                              Acting Chief, Health Care Fraud Unit
                                              California Bar No. 250785
                                              United States Department of Justice
                                              Criminal Division, Fraud Section
                                              1400 New York Avenue, N.W.
                                              Washington, D.C. 20005
                                              Tel: (202) 615-6521
                                              Email: jacob.foster@usdoj.gov

## CERTIFICATE OF SERVICE

I, Jacob Foster, hereby certify that on December 18, 2025, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.

                                              */s/ Jacob Foster*
                                              Jacob Foster
                                              Acting Chief, Health Care Fraud Unit
                                              California Bar No. 250785
                                              United States Department of Justice
                                              Criminal Division, Fraud Section
                                              1400 New York Avenue, N.W.
                                              Washington, D.C. 20005
                                              Tel: (202) 615-6521
                                              Email: jacob.foster@usdoj.gov