UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Case No. 3:25-CR-00432-VC

**UNITED STATES OF AMERICA**

    vs.

**DONE GLOBAL, INC. and**
**MINDFUL MENTAL WELLNESS, P.A.**

        **Defendants.**
_____/

## NOTICE OF APPEARANCE OF CHRISTOPHER JAMES STESKAL

Christopher James Steskal hereby files this Notice of Appearance to advise the Court that he is appearing for Done Global, Inc. and Mindful Mental Wellness, P.A. (the "Defendants") in this case. Please add him to the list of counsel appearing for the Defendants and please add him to the list of persons to be noticed.

Dated: December 23, 2025

Respectfully submitted,

FENWICK & WEST LLP

By: _/s/ Christopher J. Steskal_
Christopher J. Steskal
csteskal@fenwick.com
FENWICK & WEST LLP
555 California Street, 12th Floor
San Francisco, CA 94104
Telephone: (415) 875-2300
Facsimile: (415) 281-1350

1

# CERTIFICATE OF SERVICE

I, Christopher J. Steskal, hereby certify that on December 23, 2025, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.

/s/ Christopher J. Steskal
Christopher J. Steskal
csteskal@fenwick.com
FENWICK & WEST LLP
555 California Street, 12th Floor
San Francisco, CA 94104
Telephone: (415) 875-2300
Facsimile: (415) 281-1350