CRAIG H. MISSAKIAN (CABN 125202)
United States Attorney

JEFF MITCHELL (CABN 236225)
Chief, Criminal Division

LORINDA LARYEA (DCBN 99769)
Chief, Fraud Section

JIL SIMON (DCBN 1030206)
Trial Attorney, Fraud Section
SANDOR A. CALLAHAN (CABN 318200)
Trial Attorney, Fraud Section

      U.S. Department of Justice, Fraud Section
      1400 New York Avenue NW
      Washington, DC 20005
      Telephone: 202-514-2000
      Jil.Simon@usdoj.gov
      Sandor.Callahan2@usdoj.gov

KRISTINA GREEN (NYBN 5226204)
Assistant United States Attorney

      450 Golden Gate Avenue, Box 36055
      San Francisco, CA 94102-3495
      Telephone: (415) 436-7200
      Kristina.Green@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| UNITED STATES OF AMERICA, | ) | NO. 25-CR-00432 CRB |
|---|---|---|
|     Plaintiff, | )<br>)<br>) | STIPULATION TO CONTINUE STATUS CONFERENCE TO MARCH 25, 2026 AND |
|   v. | )<br>) | EXCLUDE TIME FROM JANUARY 28, 2026 TO MARCH 25, 2026, AND [PROPOSED] ORDER |
| DONE GLOBAL, INC. and<br>MINDFUL MENTAL WELLNESS P.A., | )<br>)<br>) | |
|     Defendants. | )<br>) | |

A status conference in the above-referenced matter is set for February 18, 2026.  It is hereby

STIPULATION TO EXCLUDE TIME AND [PROPOSED] ORDER
Case No. 25-CR-00432 CRB         1                           v. 9/18/2025

stipulated by and between counsel for the United States and counsel for the defendants Done Global and Mindful Mental Wellness that this status conference be continued to March 25, 2026 at 1:30 p.m.  It is further stipulated by and between the parties that time be excluded under the Speedy Trial Act from January 28, 2026 through March 25, 2026.

The parties agree that the status conference be continued due to unavailability of defense counsel on February 18, 2026 and to allow for continued preparation.  The government and counsel for the defendants also agree that time be excluded under the Speedy Trial Act so that defense counsel may continue to prepare, including by reviewing discovery, and to allow for the continuity of counsel. The parties are currently negotiating a protective order.  Once the protective order has been filed, discovery will be produced shortly thereafter.  For this reason, the parties stipulate and agree that excluding time until March 25, 2026, will allow for the effective preparation of counsel and continuity of counsel.  *See* 18 U.S.C. § 3161(h)(7)(B)(iv).  The parties further stipulate and agree that the ends of justice served by excluding the time from January 28, 2026 through March 25, 2026, from computation under the Speedy Trial Act outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A), (B)(iv).

The undersigned Assistant United States Attorney certifies that she has obtained approval from counsel for the defendants to file this stipulation and proposed order.

IT IS SO STIPULATED.

DATED: February 10, 2026

_____/s/_____
KRISTINA GREEN
Assistant United States Attorney

DATED: February 10, 2026

_____/s/_____
CHRISTOPHER STESKAL
BENJAMIN KINGSLEY
Counsel for Defendant Done Global

DATED: February 10, 2026

_____/s/_____
TED W. CASSMAN
RAPHAEL M. GOLDMAN
Counsel for Defendant MMW

# [PROPOSED] ORDER

Based upon the facts set forth in the stipulation of the parties and for good cause shown, the Court orders that the status conference in this matter be continued to March 25, 2026 at 1:30 p.m., and finds that failing to exclude the time from January 28, 2026, through March 25, 2026, would unreasonably deny defense counsel and the defendant continuity of counsel and the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(B)(iv).  The Court further finds that the ends of justice served by excluding the time from January 28, 2026, to March 25, 2026, from computation under the Speedy Trial Act outweigh the best interests of the public and the defendant in a speedy trial.  Therefore, and with the consent of the parties, IT IS HEREBY ORDERED that the status conference be continued to March 25, 2026 and that the time from January 28, 2026, through March 25, 2026, shall be excluded from computation under the Speedy Trial Act. 18 U.S.C. § 3161(h)(7)(A), (B)(iv).

IT IS SO ORDERED.

DATED:  February 12, 2026

_____
HON. CHARLES R. BREYER
United States District Judge