CHRISTOPHER J. STESKAL (CSB No. 212297)
FENWICK & WEST LLP
One Front Street, 33rd Floor
San Francisco, CA  94111
Telephone:    415.875.2300
Facsimile:    415.281.1350
Email: csteskal@fenwick.com

Attorney for DONE GLOBAL, INC. and
MINDFUL MENTAL WELLNESS, P.A.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>DONE GLOBAL, INC, and MINDFUL MENTAL WELLNESS P.A.,<br><br>Defendants. | Case No.: 3:25-cr-00432-CRB<br><br>**MOTION TO WITHDRAW AS COUNSEL OF RECORD FOR MINDFUL MENTAL WELLNESS P.A. AND [PROPOSED] ORDER**<br><br>Date:        March 25, 2026<br>Time:       1:30pm<br>Dept:       17th Floor, Courtroom 06<br>Judge:      Hon. Charles R. Breyer<br>Trial Date: TBD |

FENWICK & WEST LLP
ATTORNEYS AT LAW

**TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that Christopher J. Steskal of the law firm Fenwick & West LLP ("Fenwick") hereby moves to withdraw as counsel of record for Defendant Mindful Mental Wellness P.A. in the above-captioned case.

This case was filed on December 17, 2025. ECF 1. On December 23, 2025, undersigned counsel filed a notice of appearance in this case on behalf of Done Global, Inc. ("Done Global") and Mindful Mental Wellness P.A. ("MMW," with Done Global, "Defendants") and made initial appearances on behalf of the Defendants before the Court. ECF 5, 7, 9. On February 3, 2026, Ted W. Cassman and Raphael M. Goldman of the law firm Arguedas, Cassman, Headley & Goldman LLP filed notices of appearance in this case on behalf of MMW. ECF 14-15. Mr. Steskal now moves, under Crim. L.R. 44-2(b), to withdraw as counsel of record for MMW in this case. Mr. Steskal and Fenwick will continue to represent Done Global in this case.

The case is at an early stage. To date, the government has not yet provided discovery, and the government has proposed a protective order, which is under discussion. Mr. Cassman and Mr. Goldman are aware of the status conference set for March 25, 2026 at 1:30 pm. No trial date has been set.

Pursuant to Crim. L.R. 44-2(b), undersigned counsel has served a copy of this motion on all counsel via ECF and on MMW via email.

Dated:  February 19, 2026                   FENWICK & WEST LLP

By: /s/ Christopher J. Steskal
    Christopher J. Steskal
    Fenwick & West LLP
    One Front Street, 33rd Floor
    San Francisco, CA 94111
    Telephone:      415.875.2300
    Facsimile:       650.938.5200
    Email: csteskal@fenwick.com

FENWICK & WEST LLP
ATTORNEYS AT LAW

MOTION TO WITHDRAW AS COUNSEL
AND [PROPOSED] ORDER                          1                    Case No.: 3:25-cr-00432-CRB

**[PROPOSED] ORDER**

The Court hereby GRANTS the motion of Christopher J. Steskal of Fenwick & West LLP to withdraw as counsel of record for Mindful Mental Wellness P.A. in the instant case.

**IT IS SO ORDERED.**

Dated:  _____        _____
                                                                    Honorable Charles R. Breyer
                                                                    United States District Court Judge

FENWICK & WEST LLP
ATTORNEYS AT LAW

<b>PROOF OF SERVICE</b>

The undersigned declares as follows:

I am a citizen of the United States and employed in New York County, State of New York in the office of a member of the bar of this court at whose direction the following service was made. I am over the age of eighteen years and not a party to the within-entitled action. My business address is Fenwick & West LLP, 902 Broadway, 18th Floor, New York, NY 10010.

On February 19, 2026, I served a copy of the following document(s):

**MOTION TO WITHDRAW AS COUNSEL OF RECORD FOR MINDFUL MENTAL WELLNESS P.A. AND [PROPOSED] ORDER**

☑ **BY UNITED STATES MAIL and EMAIL** by placing a copy in a sealed envelope addressed as shown below and by attaching a copy to an email addressed as shown below. I am readily familiar with the practice of Fenwick & West LLP for collection and processing of correspondence for mailing. According to that practice, items are deposited with the United States Postal Service at New York, NY on that same day with postage thereon fully prepaid. I am aware that, on motion of the party served, service is presumed invalid if the postal cancellation date or the postage meter date is more than one day after the date of deposit for mailing stated in this affidavit.

Christopher Maxwell, M.D.<br>
Owner, Mindful Mental Wellness, P.A.<br>
2316 Twin Oaks Drive<br>
Harrisonville, MO 64701<br>
kudocmax95@yahoo.com

☑ **BY ELECTRONICALLY POSTING** to the ECF website of the United States District Court, Northern District of California. The Court performed service electronically on all ECF-registered entities in this matter.

Executed on February 19, 2026, at New York, NY.

I declare under penalty of perjury under the laws of the State of New York that the above is true and correct.

<i>/s/ Foon Hou-Graber</i><br>
Foon Hou-Graber

FENWICK & WEST LLP<br>ATTORNEYS AT LAW