United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

United States of America          ,

Plaintiff(s),

v.

Done Global, Inc. and
Mindful Mental Wellness P.A.  ,

Defendant(s).

Case No. 3:25-CR-00432-CRB

**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE**: ORDER (CIVIL LOCAL RULE 11-3)

I, David Feder            , an active member in good standing of the bar of New York                  , hereby respectfully apply for admission to practice pro hac vice in the Northern District of California representing: Done Global, Inc.            in the above-entitled action. My local co-counsel in this case is Christopher J. Steskal          , an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.  Local co-counsel's bar number is: CSB No. 212297    .

Fenwick & West LLP
902 Broadway, 18th Floor
New York, NY 10010
MY ADDRESS OF RECORD

Fenwick & West LLP
One Front Street, 33rd Floor
San Francisco, CA 94111
LOCAL CO-COUNSEL'S ADDRESS OF RECORD

212-430-2600
MY TELEPHONE # OF RECORD

415-875-2300
LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD

dfeder@fenwick.com
MY EMAIL ADDRESS OF RECORD

csteskal@fenwick.com
LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: NY Bar No: 4557203

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I have been granted pro hac vice admission by the Court ___0____ times in the 12 months preceding this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules. I declare under penalty of perjury that the foregoing is true and correct.

Dated: February 19, 2026          David Feder
                                  APPLICANT

ORDER GRANTING APPLICATION

FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of David Feder          is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance pro hac vice. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: February 20, 2026

UNITED STATES DISTRICT/MAGISTRATE JUDGE

United States District Court
Northern District of California

Updated 11/2021                          2